IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PHILLIP STRZALKOWSKI,** | : |
| | : |
| Plaintiff, | : Case No. 2:22-cv-00156 |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : |
| **MARY ANN TOWNSHIP,** | : Magistrate Judge Kimberly A. Jolson |
| | : |
| Defendant. | : |

## ORDER

This matter is before this Court on the Parties' Joint Motion for Approval of Settlement and Release (ECF No. 30) pursuant to Section 16(b) of the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 216(b). The Motion asks this Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Settlement Agreement and Release of All Claims, which was submitted to the Court for *in camera* review.

Having reviewed the Settlement Agreement, the Motion, the Declaration of Plaintiff's Counsel Hans A. Nilges attached as Exhibit B to the Motion, and the pleadings and papers on file in this Action, and for good cause established therein, the Court approves the Settlement and the Agreement, and finds as follows:

1. The captioned lawsuit asserted overtime claims under the FLSA.

2. This Court finds that the proposed Settlement is a fair and reasonable resolution of a bona fide dispute and satisfies the standard for approval under the FLSA.

3. This Court finds the requested attorneys' fees are reasonable.

4. This Court **APPROVES** the Settlement Agreement, and **ORDERS** that the Settlement be implemented according to the terms and conditions of that Agreement.

5. This Court **DISMISSES WITH PREJUDICE** the claims of Plaintiff with prejudice and hereby enters final judgment.

6. This Court retains jurisdiction over this action to enforce the terms of the Settlement, including the payment plan as outlined in the Agreement.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:** November 1, 2023