**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **PHILLIP STRZALKOWSKI,** | |
| Plaintiff, | Case No. 2:22-cv-00156 |
| v. | Chief Judge Algenon L. Marbley |
| **MARY ANN TOWNSHIP,** | Magistrate Judge Kimberly A. Jolson |
| Defendant. | |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the November 1, 2023 Order, the Court APPROVED the Settlement Agreement.  DISMISSED WITH PREJUDICE the claims of Plaintiff.  Final Judgment is entered.

**Date:  November 1, 2023**          Richard W. Nagel, Clerk

                                             s/Diane M. Stash
                                       Diane M. Stash/Deputy Clerk